COLLEGE POINT SAVINGS BANK, Appellant, *v.* CATHARINE VOLLMER et al., Defendants; JENNIE M. TOMPKINS, Respondent.

*College Point Savings Bank* v. *Vollmer,* 44 App. Div. 619, affirmed.
(Argued November 21, 1899; decided December 5, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 20, 1899, affirming an order of Special Term denying a motion to compel a purchaser at a foreclosure sale to take title to certain real estate.

*Edward E. Sprague* and *William H. Stockwell* for appellant.

*Francis W. Pollock* for respondent.

Order affirmed, with costs; no opinion.
All concur.